# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDERSON, ELIZABETH | § | Case No. 12-18771 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 12/05/2014 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                        Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
ANDERSON, ELIZABETH                 §       Case No. 12-18771
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.01 |
| and approved disbursements of | $ | 209.72 |
| leaving a balance on hand of[1] | $ | 4,790.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 32.10 | $ 0.00 | $ 32.10 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,218.50 | $ 0.00 | $ 2,218.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.25 | $ 11.25 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,500.60 |
| Remaining Balance | $ 1,289.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,051.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,804.43 | $ 0.00 | $ 182.83 |
| 000002 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $ 200.00 | $ 0.00 | $ 4.69 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $ 1,988.58 | $ 0.00 | $ 46.59 |
| 000004 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $ 860.03 | $ 0.00 | $ 20.15 |
| 000005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,647.43 | $ 0.00 | $ 132.30 |
| 000006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 1,076.81 | $ 0.00 | $ 25.22 |
| 000007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 33,913.98 | $ 0.00 | $ 794.50 |
| 000008 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 3,053.39 | $ 0.00 | $ 71.53 |
| 000009 | Portfolio Recovery Associates, LLC successor in interest to US BANK NA ND (CACHE VISA<br>POB 41067<br>Norfolk VA 23541 | $ 507.31 | $ 0.00 | $ 11.88 |

Total to be paid to timely general unsecured creditors    $    1,289.69

Remaining Balance    $    0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/JOSEPH E. COHEN
                                          TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-18771-ABG
Elizabeth Anderson                                                  Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1         User: wepps           Page 1 of 2            Date Rcvd: Nov 17, 2014
                             Form ID: pdf006       Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
db           #+Elizabeth Anderson,    100 Waterview Ct,    Barrington, IL 60010-3892
aty           +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18880848       American Express,    Box 0001,    Los Angeles, CA 90096-8000
19715977       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19622540       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19791413       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18880989       Capitol One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
18880994      +Ken Dimberger,    100 Waterview Ct,    Barrington, IL 60010-3892
18880883       Macy's,    PO Box 183083,    Columbus, OH 43218-3083
18880990      +Macys American Express,    PO Box 183084,    Columbus, OH 43218-3084
19886786     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,
                 successor in interest to US BANK NA,    ND (CACHE VISA,    POB 41067,    Norfolk VA 23541)
18880988       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
18880884       Sears Creit Cards,    PO Box 183082,    Columbus, OH 43218-3082
18880991       Target,    PO Box 660170,    Dallas, TX 752660170
18880886     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    PO Box 790408,    St Louis, MO 63179-0408)
18880885       WFNNB Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18880880      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2014 01:36:23      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
19557733       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2014 01:36:23      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19591936       E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:36:19      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18880993       E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:33:18      GECRB Amazon,    PO Box 960013,
                Orlando, FL 32896-0013
18880881       E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:33:18      JC Penny,    PO Box 9600090,
                Orlando, FL 32896-0090
18880882       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 18 2014 01:21:33      Kohl's Payment Center,
                PO Box 2983,    Milwaukee, WI 53201-2983
18880992       E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:33:22      Old Navy,    PO Box 530942,
                Atlanta, GA 30353-0942
20354125       E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2014 01:36:21      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
19711526       E-mail/Text: bnc-quantum@quantum3group.com Nov 18 2014 01:22:15
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20354126       E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2014 01:33:28      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18880879       Chase,    Cardmember Service,    PO Box 15153
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                                    Signature:  /s/Joseph Speetjens

District/off: 0752-1         User: wepps              Page 2 of 2              Date Rcvd: Nov 17, 2014
                             Form ID: pdf006          Total Noticed: 26

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:

        David L  Freidberg    on behalf of Plaintiff    American Express Centurion Bank
         dfreidberg@freidberglaw.com
        E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
         trotman@cohenandkrol.com;jneiman@cohenandkrol.com
        Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
         jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
        Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
         jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
        Joseph E Cohen     jcohen@cohenandkrol.com,
         jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                     TOTAL: 6