UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
ANDERSON, ELIZABETH                 §     Case No. 12-18771
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/JOSEPH E. COHEN _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL, ATTORNEYS | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000008 | CAPITAL ONE, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000003 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000004 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-18771  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ANDERSON, ELIZABETH | Date Filed (f) or Converted (c): | 05/08/12 (f) |
| | | 341(a) Meeting Date: | 06/07/12 |
| For Period Ending: 02/02/15 | | Claims Bar Date: | 01/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 100.00 | 100.00 | | 0.00 | FA |
| 2. CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSIT | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 750.00 | | 0.00 | FA |
| 5. CLOTHES | 600.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE | 9,500.00 | 5,600.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $12,950.00  $6,450.00  $5,000.01  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HAS BEEN FILED WITH THE COURT AND A FINAL HEARING SET - Jan. 17, 2015.  TRUSTEE INVESTIGATING VALUE OF DEBTORS VEHICLE AND FILING AN OBJECTION TO HER EXEMPTIONS.  TRUSTEE HAS FILED MOTION FOR TURNOVER OF VEHICLE.  TRUSTEE HAS ENTERED ORDER APPROVING SALE OF VEHICLE BACK TO DEBTOR.  DEBTOR IS MAKING INSTALLMENT PAYMENTS TO THE TRUSTEE.  ALL APYMENTS HAVE FINALLY BEEN MADE.  TRUSTEE WILL FILE A TFR BY 8/31/14 - January 16, 2014. April 30, 2014.  TFR AND NFR HAVE BEEN DRAFTED - July 17, 2014.  TFR BEING SUBMITTED TO THE UST FOR REVIEW - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 08/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-18771 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ANDERSON, ELIZABETH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2218 Checking Account |
| Taxpayer ID No: | *******8798 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 998.97 | | 998.97 |
| 09/24/12 | 6 | Elizabeth Anderson | Sale of Vehicle | 1129-000 | 1,000.00 | | 1,998.97 |
| 10/06/12 | 6 | ELIZABETH ANDERSON | Sale of Vehicle | 1129-000 | 1,000.00 | | 2,998.97 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.76 | 2,998.21 |
| 11/05/12 | 6 | Elizabeth Anderson | Sale of Vehicle | 1129-000 | 1,000.00 | | 3,998.21 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.77 | 3,996.44 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.36 | 3,994.08 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.54 | 3,991.54 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,981.54 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.20 | 3,977.34 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,967.34 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,957.34 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,947.34 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,937.34 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,927.34 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,917.34 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,907.34 |
| 09/18/13 | 6 | ELIZABETH ANDERSON | Sale of Vehicle | 1129-000 | 1,000.00 | | 4,907.34 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,897.34 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,887.34 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,877.34 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,867.34 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,857.34 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,847.34 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 7.05 | 4,840.29 |

Page Subtotals   4,998.97   158.68

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-18771 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ANDERSON, ELIZABETH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2218 Checking Account |
| Taxpayer ID No: | *******8798 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras St. Suite 420 New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,830.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,820.29 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,810.29 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,800.29 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,790.29 |
| 12/08/14 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 1,282.10 | 3,508.19 |
| | | | Fees 1,250.00 | 2100-000 | | | |
| | | | Expenses 32.10 | 2200-000 | | | |
| 12/08/14 | 300004 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,479.00 | 2,029.19 |
| 12/08/14 | 300005 | JOSEPH E. COHEN, Attorney 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 739.50 | 1,289.69 |
| 12/08/14 | 300006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 2.34264% | 7100-000 | | 182.83 | 1,106.86 |
| 12/08/14 | 300007 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Claim 000002, Payment 2.34500% (2-1) OLD NAVY or GEMB | 7100-000 | | 4.69 | 1,102.17 |
| 12/08/14 | 300008 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat | Claim 000003, Payment 2.34288% (3-1) JCPENNEY CREDIT SERVICES or | 7100-000 | | 46.59 | 1,055.58 |

Page Subtotals 0.00 3,784.71

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-18771 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ANDERSON, ELIZABETH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2218  Checking Account |
| Taxpayer ID No: | *******8798 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/08/14 | 300009 | 25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | GEMB<br>Claim 000004, Payment 2.34294%<br>(4-1) AMAZON.COM CONSUMER or GEMB | 7100-000 | | 20.15 | 1,035.43 |
| 12/08/14 | 300010 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | | | | |
| 12/08/14 | 300010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 2.34266% | 7100-000 | | 132.30 | 903.13 |
| 12/08/14 | 300011 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000006, Payment 2.34210%<br>(6-1) Unsecured Debt | 7100-000 | | 25.22 | 877.91 |
| 12/08/14 | 300012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 2.34269%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 794.50 | 83.41 |
| 12/08/14 | 300013 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 2.34264%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 71.53 | 11.88 |
| 12/08/14 | 300014 | Portfolio Recovery Associates, LLC<br>successor in interest to US BANK NA<br>ND (CACHE VISA<br>POB 41067<br>Norfolk VA 23541 | Claim 000009, Payment 2.34176%<br>(9-1) Modified on 1/8/13 to correct<br>creditors name(dw) | 7100-000 | | 11.88 | 0.00 |

Page Subtotals            0.00            1,055.58

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-18771 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ANDERSON, ELIZABETH | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2218  Checking Account |
| Taxpayer ID No: | *******8798 |  |  |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS |  | 4,998.97 | 4,998.97 | 0.00 |
|  | Less:  Bank Transfers/CD's |  | 998.97 | 0.00 |  |
|  | Subtotal |  | 4,000.00 | 4,998.97 |  |
|  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  | Net |  | 4,000.00 | 4,998.97 |  |

Page Subtotals     0.00     0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-18771 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | ANDERSON, ELIZABETH | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2293  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8798 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/06/12 | 6 | Elizabeth Anderson | Sale of Vehicle | 1129-000 | 1,000.00 | | 1,000.00 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,000.01 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.04 | 998.97 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 998.97 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 1,000.01 | 1,000.01 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 998.97 | |
| Subtotal | 1,000.01 | 1.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,000.01 | 1.04 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - *******2218 | 4,000.00 | 4,998.97 | 0.00 |
| Money Market Account (Interest Earn - *******2293 | 1,000.01 | 1.04 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.01 | 5,000.01 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     1,000.01     1,000.01

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*